Eric C. Singleton #06799
Singleton Law Offices, PLLC
1338 So. Foothill Drive, #309
Salt Lake City, UT 84108
Telephone:    801-214-9200
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>MARK R. KIRKLAND<br>Debtor | Case No. 17-26260<br>Chapter 13    *Filed Electronically*<br><br>Judge: JOEL T. MARKER |

## FEE APPLICATION

Eric C. Singleton ("applicant") hereby applies for allowance of the fees and costs as stated

below**.**   In support of this, applicant shows:

1.      The basis for this application is made pursuant to 11 U.S.C. § 330 and Bankruptcy Rule

2016.

2.      <u>Retainer</u>.   Debtor paid $500.00 to applicant as a retainer for his Chapter 13 Bankruptcy

case.

3.      <u>Agreement to Pay</u>.   Debtor agreed to pay $250.00 per hour for attorney time and $85.00

per hour for paralegal time.

4.      <u>Source of Compensation</u>.   Debtor.

5.      <u>Shared Compensation</u>.   No compensation for this case has been shared between

applicant and any other entity.

6.      <u>Disinterest</u>.   Applicant does not hold an interest adverse to Debtor.

7.      <u>Billing Rates</u>.   Services in were rendered by attorney Eric C. Singleton whose hourly

1

billing rate is $250.00 and by paralegals whose billing rate is $85.00 per hour.

<u>Nature of Services Rendered</u>.   The services rendered are as follows:

| | | | |
|---|---|---|---|
| 7/18/17 | 1.0 | | Initial Intake with Client, Review file and foreclosure sale |
| 7/19/17 | .20 | 1.75 | Review and set up file, pull credit report, communication with client, prepare skeletal file. File case and notice mortgage attorney |
| 7/20/17-8/2/17 | .50 | 3.5 | Gather and Review paperwork and prepare creditor list for filing, communicate with client. Prepare schedules. |
| 8/2/17 | 1.0 | | Review for signing. Meet with client to go over schedules and plan. |
| 8/2/17 | .20 | .75 | Review changes and upload schedules and plan with court. Prepare tax declaration and file. Scan documents for trustee. |
| 8/16/17 | .10 | .80 | Amend SOFA to include business information and prepare certificate of service for plan |
| 8/21/17-8/25/17 | .25 | .50 | Review file for 341, communicate with client |
| 9/15/17 | | .30 | Review trustee objections, communicate with client re: filing fee due and chapter 13 payment. |
| 9/27/17 | .40 | .75 | Review file. Call with client re: moneygram payment for chapter 13. Prepare motion to continue and file |
| 9/28/17 | | .15 | Call with mortgage attorney re: motion to continue |
| 10/10/17-10/19/17 | | .30 | Call from client re: incorrect deficiency notice from court, call with court to resolve |
| 10/19/17-10/20/17 | .10 | .60 | Review motion for relief and communicate with client. |
| 11/13/17 | .50 | 1.0 | Prepare objection to motion for relief, call with client, communicate with mortgage attorney for work out options |
| 11/15/17 11/20/17 | .20 | .80 | Review case and options with client, prepare fee application |
| Total Hours | 4.45 | 11.2 | |
| Subtotal of amounts | 1112.50 | 952.00 | |
| Total of Attorney and Paralegal Fees | 2064.50 | | |

Mailing Cost   = $10.20
Copies    =      $12.75

        $2087.45   Total Fees and Costs
        <u>$500.00</u>   Less retainer paid
      $1587.45

Wherefore, Applicant requests allowance of this fee application.

DATED this 20th day of November, 2017


*/s/ Eric C. Singleton*

-----------------------------------------END OF DOCUMENT----------------------------------------------


## CERTIFICATE OF MAILING

I certify that on the 20th day of November, 2017 that a true and correct copy of the foregoing Application was served to the following persons via ECF notification or by U.S. Mail, postage prepaid:

Lon Jenkins
Chapter 13 Trustee
ECF Notification

US Trustee
ECF Notification


*/s/ Eric C. Singleton*

5